# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   SOUNTHALY LUANGPHAKDY                                          Case Number: 04-76447
         6872 VESTA DRIVE                       SSN-xxx-xx-9374
         ROCKFORD, IL  61109

                                                          Case filed on:          12/30/2004
                                                          Plan Confirmed on:       5/13/2005
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $10,565.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 700.00 | 700.00 | 700.00 | 0.00 |
|  | Total Legal | 700.00 | 700.00 | 700.00 | 0.00 |
| 202 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SOUNTHALY LUANGPHAKDY | 0.00 | 0.00 | 585.43 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 585.43 | 0.00 |
| 001 | LOAN SERVICING GROUP LLC | 7,210.35 | 7,210.35 | 7,210.35 | 1,442.23 |
| 002 | US BANK NA | 53,304.01 | 0.00 | 0.00 | 0.00 |
| 004 | NATIONAL FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 60,514.36 | 7,210.35 | 7,210.35 | 1,442.23 |
| 001 | LOAN SERVICING GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | THONE RATTANASAVANH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 61,214.36 | 7,910.35 | 8,495.78 | 1,442.23 |

Total Paid Claimant:       $9,938.01
Trustee Allowance:         $626.99
Percent Paid Unsecured:       0.00

            Wherefore, your petitioner prays that a final Decree be entered
discharging the trustee and the trustee's surety from any and all
liability on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

                           _/s/ Lydia S. Meyer_____
                           Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008              By  _/s/Heather M. Fagan_